IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re* EX PARTE APPLICATION *of* SOCIÉTÉ D'ETUDE DE RÉALISATION ET D'EXPLOITATION POUR LE TRAITEMENT DU MAIS, : : : : : *Applicant* : : for an Order for a Subpoena, Pursuant to : 28 U.S.C. § 1782(a), for Domestic Discovery : for Use in Foreign Proceedings, : : *to be served on* : : 1&1 Mail & Media Inc., *fka* : GMX Internet Services Inc. : | MISCELLANEOUS ACTION<br><br>No. 13-mc-0266 |

# O R D E R

**AND NOW**, this 22nd day of November, 2013, upon consideration of Applicant's ("SERETRAM") *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Discovery for Use in Foreign Proceedings; [Proposed] Order and Subpoena ("Application," Docket No. 1), **IT IS HEREBY ORDERED that SERETRAM's Application is GRANTED as follows:**

1. SERETRAM's Proposed Subpoena (Appl. Ex. B (*see* Docket No. 2)) is approved as "the Subpoena";

2. SERETRAM may serve the Subpoena, which is attached to this Order, on 1&1 Mail & Media Inc., formerly known as GMX Internet Services Inc. ("GMX"); and

3. following effectual service of the Subpoena, GMX shall have until December 19, 2013, at 10:00 AM, as provided in the Subpoena, or until 14 days from service of the Subpoena, whichever comes later.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge