IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re* EX PARTE APPLICATION *of* SOCIÉTÉ D'ETUDE DE RÉALISATION ET D'EXPLOITATION POUR LE TRAITEMENT DU MAIS,    :    *Applicant*    : for an Order for a Subpoena, Pursuant to 28 U.S.C. § 1782(a), for Domestic Discovery for Use in Foreign Proceedings,    :    *to be served on*    : 1&1 Mail & Media Inc., *fka* GMX Internet Services Inc.    : | MISCELLANEOUS ACTION    No. 13-mc-0266 |

# O R D E R

**AND NOW**, this 15th day of January, 2014, following the resolution on November 22, 2013, of Applicant's ("SERETRAM") *Ex Parte* Application by this Court's Memorandum and Order approving SERETRAM's Proposed Subpoena (Docket Nos. 3 &4), and upon review of the Docket and the absence of any pending motions, **it is HEREBY ORDERED that:**

1. By February 14, 2014, SERETRAM shall SHOW CAUSE as to why the above-captioned case should not be closed; *and*

2. SERETRAM shall serve a copy of this Order upon 1&1 Mail & Media Inc., *fka* GMX Internet Services Inc.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1