**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re* **EX PARTE APPLICATION** *of* **SOCIÉTÉ D'ETUDE DE RÉALISATION ET D'EXPLOITATION POUR LE TRAITEMENT DU MAIS,** | : : : : | |
| | : | **MISCELLANEOUS ACTION** |
| *Applicant* | : | |
| | : | |
| **for an Order for a Subpoena, Pursuant to 28 U.S.C. § 1782(a), for Domestic Discovery for Use in Foreign Proceedings,** | : : : | |
| | : | **No. 13-mc-0266** |
| *to be served on* | : | |
| | : | |
| **1&1 Mail & Media Inc.,** *fka* **GMX Internet Services Inc.** | : : | |

**O R D E R**

     **AND NOW**, this 20th day of February, 2014, upon review of the Docket in the above-captioned case and the fact that neither the Applicant ("SERETRAM") nor 1&1 Mail & Media Inc., *fka* GMX Internet Services Inc. ("1&1 Mail & Media") has shown cause as to why this case should remain open, *see* January 15, 2014 Order (Docket No. 5), **it is HEREBY ORDERED that:**

    1.  The Clerk of Court shall mark this case CLOSED for all purposes, including statistics; and

    2.  SERETRAM shall serve a copy of this Order upon 1&1 Mail & Media.

                              BY THE COURT:

                              S/Gene E.K. Pratter
                              GENE E.K. PRATTER
                              United States District Judge